THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals
The State, Respondent,
v.
William McHaney, Appellant.

Appeal From Abbeville County
 Thomas L. Hughston, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-084
 Submitted January 4, 2010  Filed February
3, 2010    

APPEAL DISMISSED

Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley
 W. Elliott, of Columbia, and Solicitor Jerry W. Peace, of Greenwood, for
 Respondent.
PER CURIAM:  William McHaney appeals his sentence of
 one year imprisonment, suspended upon the service of one year probation,
 arguing the trial judge erred in sentencing him in violation of the state
 constitutional mandate which provides for one's rehabilitation subsequent to
 receipt of a criminal conviction.  After a thorough review of the record, and counsel's
 brief,  pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant
 to Rule 215, SCACR.